FILED
U.S. DISTRICT COURT
2026 NOV 17 PM 1:21
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMIAN FLORES,<br><br>Defendant. | **SEALED**<br><br>4:26CR 3103<br><br>INDICTMENT<br>18 U.S.C. §2251(a) and (e)<br>18 U.S.C. §2252(a)(2) and (b)(1)<br>18 U.S.C. §2252(a)(4)(B) and (b)(2) |

The Grand Jury charges that:

COUNT I

On, about or between June 14, 2024, and June 17, 2024, within the District of Nebraska, defendant DAMIAN FLORES, did attempt to employ, use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT II

On or about June 21, 2025, in the District of Nebraska, DAMIAN FLORES, did knowingly receive any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

4:26cr3103

COUNT III

On or about July 3, 2025, in the District of Nebraska, DAMIAN FLORES, did knowingly distribute any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

COUNT IV

On or about June 9, 2026, in the District of Nebraska, DAMIAN FLORES, did knowingly possess one or more matters which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images of children under the age of 12 years old, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

julie m

JULIE ANN M. MRUZ
Assistant United States Attorney